

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00285-CR

---

DUSTY LEE WINKLER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 396th District Court
Tarrant County, Texas[1]
Trial Court No. 1614611D, Honorable Robert P. Brotherton, Presiding

---

May 30, 2023

## ORDER OF ABATEMENT AND REMAND

### Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Dusty Lee Winkler, appeals his conviction for continuous sexual abuse of a child[2] and sentence to forty years' confinement. Appellant's brief is due May 30, 2023. Now pending before this Court is Appellant's motion to substitute his appointed counsel, William R. Biggs, for newly retained counsel, Tonya Rolland. Because the trial

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

[2] *See* TEX. PENAL CODE ANN. § 21.02.

court has responsibility for appointing counsel to represent indigent defendants in criminal cases as well as the authority to relieve or replace appointed counsel, we abate the appeal and remand the cause to the trial court to rule on Appellant's motion to substitute counsel. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051(d), 26.04(j)(2); *Enriquez v. State*, 999 S.W.2d 906, 907–08 (Tex. App.—Waco 1999, order) (per curiam).

Upon remand, the trial court shall determine (1) whether Appellant still desires to prosecute the appeal; and (2) whether to permit Appellant's appointed attorney to withdraw and Appellant's retained attorney to substitute as counsel. The trial court shall enter such orders necessary to address the aforementioned questions. The trial court's orders shall be included in a supplemental clerk's record to be filed with this Court by June 13, 2023.

It is so ordered.

Per Curiam

Do not publish.